**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR87** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RANDALL LEE DUNCAN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

       This matter is before the court on the Unopposed Motion to Continue Trial [36]. Counsel needs additional time to prepare for trial and/or conduct plea negotiations.  For good cause shown,

       **IT IS ORDERED** that the Unopposed Motion to Continue Trial [36] is granted, as follows:

1. The jury trial now set for September 25, 2023, is continued to **October 30, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 30, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

       **DATED:  September 11, 2023.**

                             **BY THE COURT:**

                             **s/ Michael D. Nelson
United States Magistrate Judge**