IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR87 |
| vs. | ) | |
| RANDALL LEE DUNCAN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [49]. Counsel requests additional time to prepare for trial and/or conduct plea negotiations. After review, the court notes that the present motion largely mirrors the past four but finds good cause for **one more and final** continuance[1]. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [49] is granted, as follows:

1. The jury trial now set for February 5, 2024, is continued to **March 11, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 11, 2024,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without first requesting a hearing before the undersigned magistrate judge.**

**DATED:** January 30, 2024.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**

---

[1] Should the parties desire a conference to discuss any matters to promote a fair and expeditious trial, see Fed. R. Crim. P. 17.1, counsel are advised to contact chambers of the undersigned magistrate judge without delay.