IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDALL LEE DUNCAN, <br><br> Defendant. | 8:23CR87 <br><br> **FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for a Final Order of Forfeiture (Filing No. 102). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 2, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Randall Lee Duncan's interest in a 2014 Ford F-250 King Ranch Super Duty Crew Cab (Filing No. 72).

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 3, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on October 16, 2024 (Filing No. 101).

3. On July 10, 2024, Centris Federal Credit Union filed a Verified Claim as a Lienholder (Filing No. 79) asserting an interest in the 2014 Ford F-250 King Ranch Super Duty Crew Cab.

4. On August 9, 2024, a Stipulation to Resolve Forfeiture of the 2014 Ford F-250 King Ranch Super Duty Crew Cab (Filing No. 82) was filed stipulating that Centris

Federal Credit Union would take possession of the 2014 Ford F-250 King Ranch Super Duty Crew Cab to sell it, satisfy the lien amount and any costs of the sale, then return the remaining proceeds to the government for forfeiture.

5.   The 2014 Ford F-250 King Ranch Super Duty Crew Cab sold for $15,000 in United States currency and after deductions of the lien ($3,840.63 in United States currency) and sale fees ($310 in United States currency), Centris Federal Credit Union issued a check to the United States Marshal Service for $10,849.37 in United States currency as the amount to be forfeited.

6.   The United States advises the Court that no other party has filed a petition regarding the 2014 Ford F-250 King Ranch Super Duty Crew Cab.   From a review of the Court file, the Court finds that no other person or entity has filed a petition.

7.   The Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.   The government's Motion for Final Order of Forfeiture (Filing No. 102) is granted.

2.   All right, title and interest in and to the $10,849.37 in United States currency from the sale of the 2014 Ford F-250 King Ranch Super Duty Crew Cab, held by any person or entity are forever barred and foreclosed.

3.   The $10,849.37 in United States currency is forfeited to the government.

4.   The government is directed to dispose of that currency in accordance with the law.

Dated this 17th day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge